IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANDRA CHIMERE CAMERON,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 2:22-cv-4454-JDW |
| : | |
| **THE COMMONWEALTH** : | |
| **OF PENNSYLVANIA,** *et al.*, : | |
| **Defendants.** : | |

### ORDER

AND NOW, this 16th day of February, 2023, upon consideration of Plaintiff Standra Chimere Cameron's Motion To Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion To Appoint Counsel (ECF No. 3), for the reasons in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion To Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**;

2. The Complaint is deemed filed;

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, as follows:

    a. Ms. Cameron's claims against Defendant Elisa D. Weaver-Hines are **DISMISSED WITH PREJUDICE**; and

    b. Cameron's claims against Defendant Commonwealth of Pennsylvania are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Motion To Appoint Counsel (ECF No. 3) is **DENIED AS MOOT**; and

5. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**